# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOEL M. PLOWMAN  
1450 S. ROTZLER AVENUE  
FREEPORT, IL  61032  

SSN-xxx-xx-6623

Case Number: 07-70678

Case filed on: 3/23/2007  
Plan Confirmed on: 6/8/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,000.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MARK E ZALESKI | 3,070.00 | 3,070.00 | 2,154.00 | 0.00 |
|  | Total Legal | 3,070.00 | 3,070.00 | 2,154.00 | 0.00 |
| 003 | CODILIS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTY. JOHN FRYE PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PENTAGROUP FINANCIAL, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASSOCIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOEL M. PLOWMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CORNERSTONE CREDIT UNION | 8,175.00 | 8,175.00 | 1,984.85 | 648.53 |
| 002 | GMAC MORTGAGE | 7,160.08 | 7,160.08 | 829.68 | 0.00 |
|  | Total Secured | 15,335.08 | 15,335.08 | 2,814.53 | 648.53 |
| 001 | CORNERSTONE CREDIT UNION | 456.62 | 456.62 | 0.00 | 0.00 |
| 004 | CHAD REDDY DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FREEPORT HEALTH NETWORK | 88.00 | 88.00 | 0.00 | 0.00 |
| 006 | ATLANTIC CREDIT & FINANCE INC | 8,251.50 | 8,251.50 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 6,379.96 | 6,379.96 | 0.00 | 0.00 |
| 013 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COTTONWOOD FINANCIAL | 1,356.25 | 1,356.25 | 0.00 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FREEPORT HEALTH NETWORK | 198.40 | 198.40 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 405.00 | 405.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,135.73 | 17,135.73 | 0.00 | 0.00 |
|  | Grand Total: | 35,540.81 | 35,540.81 | 4,968.53 | 648.53 |

Total Paid Claimant:     $5,617.06  
Trustee Allowance:       $382.94  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer     
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By   /s/Heather M. Fagan